No. 25. NATHAN C. JESSUP, PLAINTIFF IN ERROR, v. THE TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF SOUTHAMPTON. In error to the Supreme Court of the State of New York. Argued October 27, 1904. Decided October 31, 1904. *Per Curiam.* Dismissed for the want of jurisdiction. *Cummings* v. *Chicago,* 188 U. S. 410; *Montgomery* v. *Portland,* 190 U. S. 89. See *Trustees* v. *Jessup,* 162 N. Y. 122; *Trustees* v. *Jessup,* 173 N. Y. 84; *People* v. *Jessup,* 160 N. Y. 249. *Mr. Charles M. Stafford* for plaintiff in error. *Mr. Thomas Young* for defendants in error.

---

No. 30. MINNIE KILPATRICK, PLAINTIFF IN ERROR, v. THE CHOCTAW, OKLAHOMA AND GULF RAILROAD COMPANY. In error to the United States Circuit Court of Appeals for the Eighth Circuit. Submitted October 28, 1904. Decided October 31, 1904. *Per Curiam.* Judgment affirmed with costs, on the authority of *Southern Pacific Company* v. *Seley,* 152 U. S. 145, and case remanded to the United States court for the Central District of the Indian Territory. *Mr. W. O. Davis* for plaintiff in error. *Mr. J. W. McLoud* for defendant in error.